UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELIZA CRUZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware Corporation; DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  2:21-cv-00613-WBS-KNJ<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.CIV. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:　　2/23/2021<br>Date of Removal:　4/2/2021<br>Trial Date:　　　3/14/2023 |

### ORDER

Having considered the stipulation and finding good cause exists, it is hereby ORDERED that the action is hereby dismissed with prejudice as to all parties and its entirety; each party to bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: July 14, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE